1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL ALEISA,<br><br>                    Plaintiff,<br><br>        v.<br><br>GOJO INDUSTRIES, INC.,<br><br>                    Defendant. | Case No. 2:20-cv-01045-AB-AGR<br><br>Hon. André Birotte Jr.<br><br>**ORDER ON SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: February 7, 2020<br>Current Response Date: March 27, 2020<br>New Response Date: April 24, 2020 |

Before the Court is the parties' Second Stipulation to Extend Time to Respond to Initial Complaint ("Stipulation," Dkt. No. 17). Having reviewed the Stipulation and being fully advised, the Stipulation is hereby **GRANTED**. Defendant GOJO Industries, Inc. has up to and including April 24, 2020 to file its response to the current Complaint.

**IT IS SO ORDERED.**

Dated: <u>March 24, 2020</u>

_____
ANDRÉ BIROTTE JR.
United States District Judge