Darren K. Cottriel (State Bar No. 184731)
dcottriel@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: 949.851.3939
Facsimile:  949.553.7539

Philip M. Oliss (admitted *pro hac vice*)
poliss@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone: 216.586.3939
Facsimile:  216.579.0212

Kelly G. Laudon (admitted *pro hac vice*)
klaudon@jonesday.com
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN  55402
Telephone: 612.217.8800
Facsimile:  844.345.3178

Alexandra N. Fries (State Bar No. 292651)
afries@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071
Telephone: 213.489.3939
Facsimile:  213.243.2539

Attorneys for Defendant
GOJO INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL ALEISA,<br><br>       Plaintiff,<br><br>    v.<br><br>GOJO INDUSTRIES, INC.,<br><br>       Defendant. | Case No. 2:20-cv-01045-AB-AGR<br><br>Hon. André Birotte Jr.<br><br>**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: February 7, 2020<br>Current Response Date: April 24, 2020<br>New Response Date: May 22, 2020 |

Plaintiff Manal Aleisa ("Plaintiff") and Defendant GOJO Industries, Inc. ("Defendant") file this joint stipulation to extend the time for Defendant to respond to the Complaint by 30 days, and state as follows:

1. Plaintiff filed her original Complaint on January 31, 2020.  Dkt. 1.

2. Defendant was served with the original Complaint on February 7, 2020.

3. Defendant's response to the original Complaint was initially due on February 28, 2020 but the parties agreed to a 30-day extension of time, until March 27, 2020, Dkt. 10, and the Court granted the stipulation, Dkt. 13.

4. Before filing its response in March, Defendant's counsel conferred with Plaintiff's counsel on March 20, 2020.  During the conferral, Plaintiff's counsel indicated that Plaintiff intended to amend her original Complaint in accordance with Federal Rule of Civil Procedure 15(a)(1). Dkt. 17 ¶ 4; Dkt. 17-1 ¶¶ 2–3.

5. In light of the forthcoming amended complaint and in the interest of efficiency, the parties agreed to a 30-day extension of time for Defendant to respond to the original Complaint, until April 24, 2020, and filed a stipulation to extend the response deadline, Dkt. 17, which the Court granted on March 24, 2020, Dkt. 18.

6. On April 13, 2020, Defendant's counsel contacted Plaintiff's counsel to inquire when Plaintiff intended to file her amended complaint.  The parties then met and conferred, during which Plaintiff's counsel stated that Plaintiff intends to file the amended complaint within three weeks, but not before the current April 24 deadline for Defendant to respond to the original complaint.  Plaintiff's counsel proposed that Defendant's response deadline be extended to conserve the parties' and the Court's resources while Plaintiff prepares the amended complaint.

7. Taking into consideration that both the parties' and judicial resources would be conserved by an extension, the parties have agreed to extend the response

Third Stipulation to Extend Time
to Respond to Initial Complaint
Case No. 2:20-cv-01045-AB-AGR

deadline by 30 days, up to and including May 22, 2020, in the expectation that the amended complaint will be filed in the next three weeks.

8. The parties have agreed that upon the filing of Plaintiff's amended complaint, they will meet and confer regarding Defendant's response deadline.

9. This extension will not impact any deadline or date previously set by the Court.

10. In accordance with the Court's Standing Order, this stipulation is accompanied by a proposed order, a copy of which is also being submitted to the Court in Word format along with this stipulation. The stipulation is also accompanied by a declaration from Philip M. Oliss setting forth the grounds for the request.

ACCORDINGLY, IT IS HEREBY STIPULATED that Defendant shall have up to and including May 22, 2020 to respond to the current Complaint, subject to the Court's approval.

Dated: April 16, 2020            JONES DAY

                                 By: */s/ Darren K. Cottriel*
                                     Darren K. Cottriel

                                 Attorneys for Defendant
                                 GOJO INDUSTRIES, INC.

Dated: April 16, 2020            KAZEROUNI LAW GROUP, APC

                                 By: */s/ Abbas Kazerounian*
                                     Abbas Kazerounian

                                 Attorneys for Plaintiff
                                 MANAL ALEISA

**LOCAL CIVIL RULE 5-4.3.4(a)(2) ATTESTATION**

In accordance with Local Civil Rule 5-4.3.4(a)(2), I attest that the above signatories concur in the contents of this document and have authorized its filing.

Dated: April 16, 2020

By:   */s/ Darren K. Cottriel*
      Darren K. Cottriel