UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL ALEISA,<br><br>         Plaintiff,<br><br>    v.<br><br>GOJO INDUSTRIES, INC.,<br><br>         Defendant. | Case No. 2:20-cv-01045-AB-AGR<br><br>Hon. André Birotte Jr.<br><br>**ORDER ON THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: February 7, 2020<br>Current Response Date: April 24, 2020<br>New Response Date: May 22, 2020 |

Before the Court is the parties' Third Stipulation to Extend Time to Respond to Initial Complaint. Having reviewed the Stipulation and being fully advised, the Stipulation is hereby **GRANTED**. Defendant GOJO Industries, Inc. has up to and including May 22, 2020 to file its response to the current Complaint.

**IT IS SO ORDERED.**

Dated: April 17, 2020

_____
ANDRÉ BIROTTE JR.
United States District Judge